IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 13-39E |
| | ) |
| BRIAN M. QUIMBY | ) |

### ORDER

By an Amended Judgment dated June 18, 2015, the Defendant was ordered to surrender for service of sentence as directed by the Bureau of Prisons. Recently the defendant was notified that he was to surrender on August 5, 2015.

Presently before the Court is Defendant's Motion for an order staying Defendant's self-surrender until the beginning of November, 2015 [ECF 62], in which he requests that we delay his reporting date to allow him time to care for his mother who is scheduled to have two (2) surgeries over the next few months. Defendant is her primary caretaker. "Inherent in the authority to allow a defendant the opportunity to voluntarily surrender to begin serving his or her sentence is the authority to delay the date on which the sentence may commence for good cause and within reasonable limits." United States v. Vandenwildenberg, 2008 WL 508697 (E.D.Wis. 2008). I find good cause has been shown to delay the reporting date.

Accordingly, the following Order is hereby entered.

AND NOW, this 15th day of July, 2015, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion be and hereby is GRANTED. IT IS FURTHER ORDERED that Mr. Quimby's self-report date shall be postponed until a date on or after November 1, 2015. The Bureau of Prisons shall set a new date for Defendant to report to begin serving his sentence that is on or after November 1, 2015.

Maurice B. Cohill, Jr.
Senior United States District Court Judge

cc: U.S. Marshals
    Bureau of Prisons